UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN L. TOPOL,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., JENNIFER HAAK AND BRIAN HAAK<br><br>    Defendants. | Case No. 3:08-cv-00343-LRH-RAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CHASE BANK USA's MOTION TO COMPEL ARBITRATION (First Request) and ORDER** |
| CHASE BANK USA, N.A.,<br><br>    Counterclaimant,<br><br>v.<br><br>NATHAN L. TOPOL,<br><br>    Counterdefendant. | |

60206.050/4829-6985-7283.1

| | |
|---|---|
| 1 | CHASE BANK USA, N.A. |
| 2 | Crossclaimant, |
| 3 | v. |
| 4 | JENNIFER HAAK and BRIAN HAAK, |
| 5 | |
| 6 | Crossdefendant. |

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CHASE BANK USA's MOTION TO COMPEL ARBITRATION and ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiff Nathan L. Topol (Plaintiff) and Defendant/Counterclaimant Chase USA, N.A., (Defendant) that Plaintiff shall have an extension of time in which to file and serve his response to Defendant's Motion to Compel Arbitration, to and including November 12, 2008.

This is the first formal request of this Court for an extension by Plaintiff to respond to Defendant's Motion to Compel Arbitration. The original due date for the Opposition was November 3, 2008. The reason for the request is that Plaintiff's counsel recently experienced a staffing shortage and this matter was inadvertently omitted from counsel's calendar. This request is not made for purposes of delay.

In order to accommodate the November 12 extension for Plaintiff, the parties further stipulate to allow Defendant an extension to file its Reply brief, up to and including November 25, 2008.

DATED this 4th day of November, 2008.

WOODBURN AND WEDGE

By: /s/ Sharon M. Parker
W. Chris Wicker, Esq., NSB #1037
Sharon M. Parker, Esq., NSB #7858
6100 Neil Road, Ste. 500
Reno, Nevada 89511
**Attorneys for Plaintiff**

1   DATED this 4th day of November, 2008.

2                                              PARSONS BEHLE & LATIMER

3
                                               By:   /s/ Karl Y. Olsen
4                                                    Karl Y. Olsen, Esq., NSB #6767
                                                     50 West Liberty Street, Suite 750
5                                                    Reno, Nevada 89501
                                                     **Attorneys for Defendant**
6

7                                              **ORDER**

8   IT IS SO ORDERED.

9   DATED this 6th day of November, 2008.

10

11

12                                             _____
                                               LARRY R. HICKS
13                                             UNITED STATES DISTRICT JUDGE