1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN L. TOPOL,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., JENNIFER HAAK AND BRIAN HAAK<br><br>    Defendants. | Case No. 3:08-cv-00343-LRH-RAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CHASE BANK USA's MOTION TO COMPEL ARBITRATION (Second Request) and ORDER** |
| CHASE BANK USA, N.A.,<br><br>    Counterclaimant,<br><br>v.<br><br>NATHAN L. TOPOL,<br><br>    Counterdefendant. | |

60206.050/4829-6985-7283.1

| | |
|---|---|
| 1 | CHASE BANK USA, N.A. |
| 2 | Crossclaimant, |
| 3 | v. |
| 4 | JENNIFER HAAK and BRIAN HAAK, |
| 5 | |
| 6 | Crossdefendant. |

### STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CHASE BANK USA's MOTION TO COMPEL ARBITRATION and ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff Nathan L. Topol (Plaintiff) and Defendant/Counterclaimant Chase USA, N.A. (Defendant), that Plaintiff shall have an extension of time in which to file and serve his response to Defendant's Motion to Compel Arbitration, to and including November 21, 2008.

This is the second formal request of this Court for an extension by Plaintiff to respond to Defendant's Motion to Compel Arbitration. Pursuant to stipulation, the Opposition was due November 12, 2008. The reason for the request is that, due to a staffing transition, the client did not receive the motion until late last week and has requested additional time to consider and respond to the motion. This request is not made for purposes of delay.

In order to accommodate the November 21 extension for Plaintiff, the parties further stipulate to allow Defendant an extension to file its Reply brief, up to and including December 5, 2008.

DATED this 12 day of November, 2008.

WOODBURN AND WEDGE

By /s/ W. Chris Wicker
W. Chris Wicker, Esq., NSB #1037
Sharon M. Parker, Esq., NSB #7858
6100 Neil Road, Ste. 500
Reno, Nevada 89511
**Attorneys for Plaintiff**

60206.050/4829-6985-7283.1                    2

DATED this _____ day of November, 2008.

PARSONS BEHLE & LATIMER

By: /s/ David R. Hall
David R. Hall, Esq.
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
**Attorneys for Defendant**

### ORDER

IT IS SO ORDERED.

DATED this 13th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

60206.050/4829-6985-7283.1

3