1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

12
13
14
15
16

| NATHAN L. TOPOL, | |
| Plaintiff, | |
| v. | |
| CHASE BANK USA, N.A., JENNIFER HAAK and BRIAN HAAK, | **STIPULATION TO EXTEND TIME FOR DEFENDANT CHASE BANK TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO DISMISS FEDERAL CLAIMS AND REMAND TO STATE COURT : ORDER** |
| Defendants. | |
| CHASE BANK USA, N.A., | |
| Counterclaimant, | |
| v. | Case No. 3:08-cv-00343-LRH-RAM |
| NATHAN L. TOPOL, | |
| Counter-defendant. | Judge Larry R. Hicks |
| CHASE BANK USA, N.A. | Magistrate Judge Robert A. McQuaid, Jr. |
| Cross-claimant, | |
| v. | |
| JENNIFER HAAK and BRIAN HAAK, | |
| Cross-defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree to extend the time period for Defendant Chase Bank USA, N.A. ("Chase") to file its response to *Plaintiff's Motion to Dismiss Federal Claims and Remand to State Court for Determination of*

PARSONS
BEHLE &
LATIMER

4819-2082-9699.1

1   *Motion to compel and Other State Law Claims, and/or Opposition to Motion to Compel and*

2   *Request for Evidentiary Hearing* [docket entry no. 29], from January 5, 2008, through and

3   including January 16, 2009.

4        No previous extensions of time have been sought by Chase.  Plaintiff's Motion was filed

5   on December 19, 2008.  An extension is requested because counsel for Chase's availability over

6   the holiday season has been limited and Plaintiff's motion raises several new issues that require

7   additional time to respond.  The parties state that the present Stipulation for Extension of Time is

8   made in good faith, not for purpose of delay, and there is good cause for the extension.

9        DATED this 30th day of December, 2008.

PARSONS BEHLE & LATIMER

By:/s/ David R. Hall

DAVID R. HALL
Nevada Bar No. 9571
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Tel:  (801) 532-1234
Attorneys for Chase Bank USA, N.A.

MORRIS PICKERING & PETERSON

By:

WILLIAM E. PETERSON
Nevada Bar No. 1528
6100 Neil Road, Ste. 555
Reno, NV 89511
Tel:  (775) 829-6000
Attorneys for Nathan L. Topol

IT IS SO ORDERED:

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  January 5, 2009.

4819-2082-9699.1

PARSONS
BEHLE &
LATIMER