UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN L. TOPOL<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A., JENNIFER HAAK AND BRIAN HAAK,<br><br>　　　　Defendants.<br>_____<br>CHASE BANK USA, N.A.<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>NATHAN L. TOPOL,<br><br>　　　　Counterdefendant.<br>_____<br>CHASE BANK USA, N.A.<br><br>　　　　Crossclaimaint,<br><br>vs.<br><br>JENNIFER HAAK and BRIAN HAAK,<br><br>　　　　Crossdefendants.<br>_____ | Case No. 3:08-cv-00343-LRH-RAM<br><br><br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>(FIRST REQUEST)** |

MORRIS PETERSON
ATTORNEYS AT LAW
100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

IT IS HEREBY STIPULATED AND AGREED between parties hereto, through their respective counsel of record, that counsel for Plaintiff/Counterdefendant Nathan Topol shall have up to and including, Monday, February 2, 2009 to reply in support of his Motion to Dismiss Federal Claims and Remand to State Court for Determination of Motion to compel and Other State law Claims.

This is the first request for extension of time.

| | |
|---|---|
| MORRIS PETERSON | PARSON BEHLE & LATIMER<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT  84111 |
| | PARSON BEHLE & LATIMER |
| /s/ William E. Peterson | /s/ Karl Y. Olsen |
| By: _____<br>William E. Peterson, No. 1528<br>Janine C. Prupas, No. 9156<br>6100 Neil Road, Suite 555<br>Reno, Nevada 89511 | By:_____<br>Karl Y. Olsen, No. 6767<br>50 W. Liberty Street<br>Suite 750<br>Reno, Nevada  89501 |
| Attorneys for<br>Plaintiff/Counterdefendant<br>Nathan L. Topol | Attorneys for Defendant/<br>Counterclaimant<br>Nathan Topol |

IT IS SO ORDERED.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 2, 2009

MORRIS PETERSON
ATTORNEYS AT LAW
100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

2